Oliver HEATH, Plaintiff in Error, v. UNITED STATES, Defendant in Error.

Circuit Court of Appeals, Eighth Circuit.
January 9, 1929.

No. 8102.

J. Earl Smith, of Ponca City, Okl., for plaintiff in error.

John M. Goldesberry, U. S. Atty., and W. B. Blair, Asst. U. S. Atty., both of Tulsa, Okl.

PER CURIAM. Writ of error dismissed, on motion of plaintiff in error, without costs to either party in this court.

■

Melvin HUNTER, Plaintiff-Appellee, v. LONG ISLAND SOUND FERRIES CORPORATION, Defendant-Appellant.

Circuit Court of Appeals, Second Circuit.
March 11, 1929.

No. 236.

Haight, Smith, Griffin & Deming, of New York City (E. R. Kraetzer, of New York City, of counsel), for appellant.

Otto D. Parker, of New York City (Henry V. Stebbins, of New York City, and Thomas J. Brennan, of Brooklyn, N. Y., of counsel), for appellee.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Judgment affirmed in open court.

■

Walter HUTCHINS, Appellant, v. UNITED STATES, Appellee.

Circuit Court of Appeals, Eighth Circuit.
January 9, 1929.

No. 8287.

M. J. Henderson and Floyd E. Jacobs, both of Kansas City, Mo., for appellant.

Roscoe C. Patterson, U. S. Atty., of Kansas City, Mo.

PER CURIAM. Appeal dismissed, on motion of appellee, without costs to either party in this court, for failure of appellant to file brief.

■

ILLINOIS STEEL COMPANY, Appellant, v. Catherine RYAN, Appellee.

Circuit Court of Appeals, Eighth Circuit.
October 4, 1928.

No. 8376.

Davis, Severance & Morgan, of St. Paul, Minn., for appellant.

Louis P. Sheahan, of St. Paul, Minn., for appellee.

PER CURIAM. Appeal docketed and dismissed, without costs to either party in this court, per stipulation of parties.

■

Clyde INFIELD, Plaintiff in Error, v. UNITED STATES, Defendant in Error.

Circuit Court of Appeals, Eighth Circuit.
February 16, 1929.

No. 8530.

James A. Embry, of Chandler, Okl., for plaintiff in error.

Roy St. Lewis, U. S. Atty., of Oklahoma City, Okl.

PER CURIAM. Transcript ordered filed, and writ of error dismissed, or motion of defendant in error.